

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

July 7, 2020

**<u>VIA ECF</u>**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Yong Wei Shi, 03-Cr.-1192 (RMB)</u>

Dear Judge Berman:

  I write in connection with my April 4, 2019 appointment as CJA counsel for Yong Wei Shi in the above-referenced matter.

  I respectfully request that Your Honor allow my firm to submit an interim voucher so that the firm may be reimbursed for legal work and disbursements prior to the completion of the above-referenced case. As the Court is aware, all vouchers and related worksheets would be subject to a review by the CJA Office. If the Court is inclined to grant this request, I respectfully request that this letter be "so ordered."

  Thank you for the Court's attention to this request.

            Respectfully yours,

            */s/ Harry H. Rimm*

            Harry H. Rimm