

**Sullivan**
SULLIVAN & WORCESTER

Sullivan & Worcester LLP
1633 Broadway
New York, NY 10019

212 660 3000
sullivanlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/15/21
```

Application granted. Hearing adjourned to 10/21/21 at 9:00 am.

September 13, 2021

SO ORDERED:
Date: 9/15/21      /s/ Richard M. Berman
                   Richard M. Berman, U.S.D.J.

**VIA ECF**

Honorable Richard M. Berman
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Yong Wei Shi, 03-Cr.-1192 (RMB)

Dear Judge Berman:

We are counsel to Mr. Shi in the above-referenced matter and write to request an adjournment of the conference scheduled for Thursday, September 23, 2021 at 12:00 p.m.

For at least the last two months, I have been working with Richard Alcantara, Administrative Manager for the Second Circuit Court of Appeals, in his search for two documents from Mr. Shi's appellate docket. Mr. Alcantara has been working with archives for the federal judiciary located in Missouri.

We respectfully request that the conference be adjourned for 30 days to allow additional time for the documents to be found and forwarded to New York. The prosecutor and probation officer, who are copied below, have no objection.

We thank the Court for its consideration.

Respectfully yours,

/s/ *Harry H. Rimm*

Harry H. Rimm

cc:   (Via Email)
      Peter J. Davis, Esq.
      Darryl A. Spencer, USPO