**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

     -against-

SHI YONG WEI,
              Defendant.
------------------------------------------------------------X

03 CR. 1192 (RMB)

**ORDER**

     The supervised release hearing previously scheduled for Thursday, October 21, 2021 at 9:30 AM is hereby rescheduled to 12:30 PM on the same date.

     In light of the continuing COVID-19 pandemic, the hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

     Participants, members of the public and the press can use the following dial-in information:

USA Toll-Free Number: (877) 336-1829
Access Code: 6265989
Security Code: 1192

Dated: October 13, 2021
         New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                            U.S.D.J.