UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
     Government,

                   03 CR. 1192 (RMB)

 -against-

                   **ORDER**

SHI YONG WEI,
     Defendant.
-------------------------------------------------------------X

  The supervised release hearing previously scheduled for Monday, November 15, 2021 at 11:30 AM is hereby rescheduled to Tuesday, November 16, 2021 at 10:00 AM.

  In light of the continuing COVID-19 pandemic, the hearing is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

  Participants, members of the public and the press can use the following dial-in information:

  USA Toll-Free Number: (877) 336-1829
  Access Code: 6265989
  Security Code: 1192

Dated: November 10, 2021
   New York, NY

                  *Richard M. Berman*
              _____
                RICHARD M. BERMAN
                  U.S.D.J.